```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                    02/06/2026

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:        DVE        DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER | 8:26-mj-00088-DUTY |
|---|---|---|---|
| | PLAINTIFF(S) | 26-04209MJ | |
| v. | | | |
| DERRICK CALLELLA; DOB 1983 | | **DECLARATION RE** | |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: COMPLAINT
in the _____ District of ARIZONA on FEBRUARY 5, 2026
at 10:39 [x] a.m. / ☐ p.m. The offense was allegedly committed on or about FEBRUARY 4, 2026
in violation of Title 18 U.S.C., Section(s) 875a & 223(a)(1)(C)
to wit: Intent to transmit a demand for ransom; made a telephone call and utilized a telecommunications device... with intent to harass

A warrant for defendant's arrest was issued by: DISTRICT OF ARIZONA

Bond of $ 0 _____ was ☐ set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/6/2025
            Date

_Signature of Agent_

MARK RYAN NEHEZ
Print Name of Agent

FEDERAL BUREAU OF INVESTIGATION
Agency

SPECIAL AGENT
Title

---

CR-52 (03/20)        DECLARATION RE OUT-OF-DISTRICT WARRANT