AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED
CLERK, U.S. DISTRICT COURT
02/06/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

United States of America
v.
Derrick Callella

Defendant

Case No. 26-04209MJ

8:26-mj-00088-DUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Derrick Callella,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code § 875a

Date: 02/05/2026

*Issuing officer's signature*

City and state: Tucson, AZ

Maria S. Aguilera, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 2/5/2026, and the person was arrested on (date) 2/5/2026
at (city and state) HAWTHORNE, CA.

Date: 2/5/2026

*Arresting officer's signature*

MARK NEHEL / SPECIAL AGENT
*Printed name and title*